IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **03-cv-01298-JLK-GJR**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**116.06 ACRES OF LAND, MORE OR LESS,
LOCATED IN LA PLATA COUNTY, STATE OF COLORADO;
and WHEELER ONE TRUST; COLLYER FAMILY TRUST;
LA PLATA COUNTY TREASURER; SHIRLEY ISGAR;
CHARLES ISGAR; ARTHUR R. ISGAR; ANNIE L. ISGAR; CHEVRON U.S.A.,
INC.; SOUTHERN UTE INDIAN TRIBE; and UNKNOWN OWNERS, if any,**

    Defendants.

_____

**ORDER ON RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**
_____

KANE, J.

This matter is before me on the Recommendation of Magistrate Judge Gudrun Rice (Doc. 128), filed March 13, 2007, that I grant Plaintiff's Unopposed Motion for Judgment by Default as to Defendants Unknown Owners (Doc. 122); enter judgment against Defendants Unknown Owners and in favor of Plaintiff United States and make certain orders in connection with this judgment. No objections were filed to this Recommendation.

Having reviewed the Recommendation, related documents and pleadings and relevant authority, I ADOPT the Recommendation as an Order of the Court and ORDER as follows:

1. Plaintiff's Unopposed Motion for Judgment by Default as to Defendants Unknown Owners (Doc. 122) is GRANTED;

2. Judgment shall be entered against Defendants Unknown Owners and in favor of Plaintiff United States;

3. Defendants Unknown Owners shall be awarded no just compensation in reference to the fee simple estates and temporary easements in, on, over, under, and across 116.06 acres of land, more or less, located in La Plata County, Colorado;

4. Defendants Unknown Owners shall take nothing as a result of this condemnation action.

IT IS SO ORDERED.

Dated this 3rd day of April, 2007.

                                                s/John L. Kane  
                                                John L. Kane, Senior Judge  
                                                United States District Judge