IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01298-JLK-GJR

UNITED STATES OF AMERICA,

     Plaintiff,

v.

116.06 ACRES OF LAND, MORE OR LESS, LOCATED
     IN LA PLATA COUNTY, STATE OF COLORADO; and
WHEELER ONE TRUST;
COLLYER FAMILY TRUST;
LA PLATA COUNTY TREASURER;
SHIRLEY ISGAR;
CHARLES ISGAR;
ARTHUR R. ISGAR;
ANNE L. ISGAR;
CHEVRON U.S.A., INC.;
SOUTHERN UTE INDIAN TRIBE; and
UNKNOWN OWNERS, if any,

     Defendants.

---

## ORDER

---

This matter having come before the Court on the Unopposed Motion By Plaintiff

United States Of America To Amend The Stipulated Settlement Agreement Filed On

February 16, 2007, To Correct A Typographical Error (Docket No. 133), and for good

and sufficient cause having been shown; it is

ORDERED that the Unopposed Motion By Plaintiff United States Of America To

Amend The Stipulated Settlement Agreement Filed On February 16, 2007, To Correct

A Typographical Error (Docket No. 133) is granted; and its is further

ORDERED that paragraph K at page 8 of the Stipulated Settlement Agreement By And Between Plaintiff United States Of America And Defendant Wheeler One Trust And Defendant Collyer Family Trust And Defendant La Plata County Treasurer (Docket No. 116) shall be and hereby is deleted; and it is further

ORDERED that at page 8 of the Stipulated Settlement Agreement By And Between Plaintiff United States Of America And Defendant Wheeler One Trust And Defendant Collyer Family Trust And Defendant La Plata County Treasurer (Docket No. 116) the following paragraph K shall be and hereby is substituted and added as paragraph K:

> K. The term "Isgar/Wheeler Road Corridor" means a corridor of land that will encompass that part of the Isgar/Wheeler Road that traverses the southern section of the Isgar property from County Road 213 to Parcel RBR-4H(Fee) within the Second Amended Property.

DATED this 14th day of June, 2007.

BY THE COURT

---
JOHN L. KANE
United States District Senior Judge

GUDRUN J RICE
US MAGISTRATE JUDGE

2