IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **03-cv-1298-JLK-GJR**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**11.89 ACRES OF LAND, MORE OR LESS,**
    **LOCATED IN LA PLATA COUNTY, STATE OF COLORADO; and**
**WHEELER ONE TRUST;**
**COLLYER FAMILY TRUST;**
**ARTHUR R. ISGAR;**
**ANNIE L. ISGAR;**
**LA PLATA COUNTY TREASURER; and**
**UNKNOWN OWNERS, if any,**

    Defendant.

## ORDER

**Kane, J.**

    THIS MATTER is before the court on Unopposed Motion By Plaintiff United States Of America To Transfer Funds Deposited In The Registry Of The Court (Docket No. 139), filed January 7, 2008. It is

    ORDERED that the Motion is GRANTED. It is

    FURTHER ORDERED that the Clerk of the Court shall transfer the sum ofTwenty Thousand Dollars ($20,000) plus applicable interest on the Twenty Thousand Dollars, less Registry Fees pursuant to D.C.COLO.LCivr 67.2C from this civil action to Registry of the Court account currently open in the civil action entitled *United States v. 60.52 Acres*

*of Land, et al.*, Civil Action No. 03-cv-01095-JLK-GJR, United States District Court for the District of Colorado. It is

FURTHER ORDERED that the Clerk of the Court shall close and terminate the Registry of the Court account currently open in this civil action.

Dated at Denver, Colorado this 9th day of January, 2008.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT